ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
KIRCHE M. RAY, ESQ.
Nevada Bar No. 16306
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Tel:    (702) 792-3773
Fax:    (702) 792-9002
Email: swanise@gtlaw.com
        kirche.ray@gtlaw.com

*Counsel for Plaintiff and*
*Counter-Defendant John E. Auer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN E. AUER,<br><br>                    Plaintiff,<br><br>vs.<br><br>CORTADO GROUP, LLC, and DOES 1-100 and ROE ENTITIES 1-100, inclusive,<br><br>                    Defendant. | CASE NO. 2:25-cv-01077-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CORTADO GROUP, LLC,<br><br>                    Counter-Claimant,<br><br>vs.<br><br>JOHN E. AUER,<br><br>                    Counter-Defendant. | |

Plaintiff/Counter-Defendant, JOHN E. AUER, ("Plaintiff" or "Counter-Defendant"), by and through his counsel of record, Greenberg Traurig, LLP, and Defendant/Counterclaimant, CORTADO GROUP, LLC ("Defendant" or "Counterclaimant"), by and through its counsel of record, the law firms of Warner PLLC and Littler Mendelson, P.C., hereby stipulate that this matter, including all claims, shall be dismissed with prejudice in accordance with FRCP 41(a)(2).

/ / /

1

ACTIVE 718009611v1

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773  |  Facsimile: (702) 792-9002

The parties agree that neither party shall be deemed to be a prevailing party in this action, and each party shall bear its own attorney fees and costs of suit.

DATED this 5th day of February, 2026.        DATED this 5th day of February, 2026.

**GREENBERG TRAURIG, LLP**              **WARNER PLLC**

 /s/ Eric W. Swanis                                        /s/ David R. Warner
ERIC W. SWANIS, ESQ.                          DAVID R. WARNER, ESQ., *(pro hac admitted)*
Nevada Bar No. 6840                             1818 Library Street, Suite 500
KIRCHE M. RAY, ESQ.                          Reston, Virginia 20190
Nevada Bar No. 16306
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135                       **LITTLER MENDELSON, P.C.**
*Attorneys for Plaintiff and*                    ROGER L. GRANDGENETT II, ESQ.
*Counter-Defendant John E. Auer*          KELSEY E. STEGALL, ESQ.
                                                              8474 Rozita Lee Avenue, Suite 200
                                                              Las Vegas, Nevada 89113.4770

                                                              *Counsel for Defendant/Counterclaimant,*
                                                              *Cortado Group, LLC*

### ORDER

Good cause being found, **IT IS HEREBY ORDERED** the Parties' Stipulation for Dismissal (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** this case is **DISMISSED** with prejudice, with each party bearing its own fees and costs. The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.

**DATED**: February 5, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2

ACTIVE 718009611v1

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 | Facsimile: (702) 792-9002